PROB 12C
(7/93)

Report Date: February 1, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 03 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reymundo Garcia    Case Number: 2:03CR00008-001 &
                                                  2:03CR00063-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 6/3/2003

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) <br> Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 63 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: 7/17/2007 |
| Defense Attorney: | Dan B. Johnson | Date Supervision Expires: 7/16/2011 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/18/2009 and 1/7/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

5    **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Reymundo Garcia is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, methamphetamine, on or prior to January 15, 2010.

The defendant reported to Alcohol Drug Dependency Services in Moses Lake, Washington, on January 15, 2010, and supplied a urine sample which returned presumptive positive for the presence of methamphetamine. The sample was forwarded to Kroll Laboratory Specialist where it was confirmed positive for the presence of methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/01/2010

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✗] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

2/2/2010
Date